UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FWK HOLDINGS, LLC, MEIJER, INC., AND MEIJER DISTRIBUTION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TAKEDA PHARMACEUTICAL COMPANY LIMITED AND TAKEDA PHARMACEUTICALS U.S.A., INC. <br><br> Defendants. | C.A. No. 1:21-cv-11057-RGS |
| KPH HEALTHCARE SERVICES, INC., A/K/A KINNEY DRUGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TAKEDA PHARMACEUTICAL COMPANY LIMITED AND TAKEDA PHARMACEUTICALS U.S.A., INC <br><br> Defendants. | C.A. No. 1:21-cv-11255-RGS |

## ORDER FOR CASE CONSOLIDATION

Plaintiffs FWK Holdings, LLC, Meijer, Inc., Meijer Distribution, Inc., and KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc., moved for consolidation of action number 1:21-cv-11057-RGS and action number 1:21-cv-11255-RGS (the "Actions").

Defendants Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc. assented to the motion and consolidation of the Actions.

Because the Actions involve common questions of law and fact, they are appropriately consolidated for all purposes pursuant to Fed. R. Civ. P. 42(a). Any new cases that may be filed in, or transferred to, this Court related to these actions within the meaning of Local

Civil Rule 40.1(G) shall be deemed consolidated with the Actions unless an objection is filed within 14 days of notice to counsel for the plaintiff(s) in the newly-filed action(s), and the objection is sustained. In the event such an objection is made and sustained, the Court shall enter such orders as necessary to ensure that the newly-filed action(s) shall be coordinated with the consolidated actions for purposes of discovery and other pretrial proceedings.

*FWK Holdings, LLC, et al. v. Takeda Pharm. Co. Ltd., et al.*, No. 1:21-cv-11057-RGS (D. Mass.), the first-filed direct purchaser case, shall be the lead action. Accordingly, all papers in the consolidated actions shall be filed under this case number with the following caption:

| IN RE AMITIZA ANTITRUST LITIGATION | No. 21-cv-11057 |

**SO ORDERED.**

DATED: 1-23-23

Hon. Richard G. Stearns
United States District Court Judge