**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE AMITIZA ANTITRUST LITIGATION | Civil Action No. 1:21-cv-11057-MJJ |

**DIRECT PURCHASER PLAINTIFFS' MOTION TO APPROVE THE FORM AND MANNER OF NOTICE, AND APPOINT A NOTICE ADMINISTRATOR**

Plaintiff KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc. by and through their undersigned counsel, respectfully moves for an order (i) approving the proposed form and manner of notice to the certified direct purchaser class informing them of the pendency of this class action; and (ii) appointing RG/2 Claims Administration LLC as the notice administrator tasked with effectuating notice to the class in anticipation of trial, pursuant to Federal Rule of Civil Procedure 23(c)(2)(B). A memorandum of law in support of this motion, declaration with supporting exhibits and a proposed order are attached.

Dated: November 21, 2025         Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

/s/ Erin C. Burns
Erin C. Burns (*pro hac vice*)
Thomas M. Sobol (BBO #471770)
Jessica R. MacAuley (BBO #685983)
Rebekah Glickman-Simon (BBO # 708043)
Daniel Polonsky (BBO #709609)
1 Faneuil Hall Square
Boston, MA 02109
Tel: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
jessicam@hbsslaw.com
erinb@hbsslaw.com
rebekahgs@hbsslaw.com
danielp@hbsslaw.com

*Lead Class Counsel*

Mark T. Vazquez (admitted *pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 N. Cityfront Plaza Dr.
Suite 2410
Chicago, IL 60611
Tel: (708) 628-4962
Fax: (708) 628-4950
markv@hbsslaw.com


Michael L. Roberts (admitted *pro hac vice*)
Stephanie E. Smith (admitted *pro hac vice*)
**ROBERTS LAW FIRM US, PC**
20 Rahling Cir.
Little Rock, AR 72223
Tel: (501) 821-5575
mikeroberts@robertslawfirm.us
stephaniesmith@robertslawfirm.us


John D. Radice (*pro hac vice*)
**RADICE LAW FIRM, P.C.**
475 Wall St.
Princeton, NJ 08540
Tel: (646) 245-8502
Fax: (609) 385-0745
jradice@radicelawfirm.com

## RULE 7.1 CERTIFICATION

I, Erin C. Burns, certify that counsel for the class plaintiffs conferred in good faith with counsel for Takeda to narrow or obviate the need for this motion.

| | |
|---|---|
| Dated: November 21, 2025 | <u>/s/ Erin C. Burns</u><br>Erin C. Burns |

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

| | |
|---|---|
| Dated: November 21, 2025 | <u>/s/Erin C. Burns</u><br>Erin C. Burns |