UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re Amitiza Antitrust Litigation*<br><br>This document relates to:<br><br>All End-Payor Class Actions | Master Docket: 21-cv-11057-MJJ<br><br>No. 1:23-cv-12918-MJJ |

**END-PAYOR PLAINTIFFS' MOTION FOR ENTRY OF AN ORDER APPROVING THE FORM AND MANNER OF NOTICE AND APPOINTING A NOTICE ADMINISTRATOR**

Plaintiff Premera Blue Cross, by and through their undersigned counsel, respectfully moves for an order (i) approving the proposed form and manner of notice to the certified End-Payor Classes informing them of the pendency of this class action; and (ii) A.B. Data as the notice administrator tasked with effectuating notice to the class in anticipation of trial, pursuant to Federal Rule of Civil Procedure 23(c)(2)(B). A memorandum of law in support of this motion, declaration with supporting exhibits, and a proposed order are attached.

Dated: December 4, 2025

Respectfully submitted,

Scott J. Tucker
William J. Fidurko
TUCKER, O'CONNELL & FIDURKO, LLP
199 Wells Avenue
Newton, MA 02459
(617) 986-6226

By: /s/ William J. Fidurko

Peter D. St. Phillip (*pro hac vice*)
Uriel Rabinovitz (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
PStPhillip@lowey.com
URabinovitz@lowey.com

Renee Nolan *(pro hac vice)*
**LOWEY DANNENBERG, P.C.**
100 Front Street, Suite 520
W. Conshohocken, PA 19428
Telephone: (215) 399-4770
RNolan@lowey.com

Courtney Finerty-Stelzner (*pro hac vice*)
**GETNICK & GETNICK LLP**
521 Fifth Avenue, 33rd Floor
New York, NY 10175
Telephone: (212) 376-5666
cfinertystelzner@getnicklaw.com

*Counsel for Plaintiff Premera Blue Cross and the End-Payor Classes*

**Rule 7.1 Certification**

I, Renee Nolan, certify that counsel for the End-Payor Classes conferred in good faith with counsel for Takeda to narrow or obviate the need for this motion.

Dated: December 4, 2025                                                         /s/ *Renee A. Nolan*

**CERTIFICATE OF SERVICE**

I, William J. Fidurko, hereby certify that this document was electronically filed with the Clerk of the Court for the District of Massachusetts by using the CM/ECF System, which will send notification of such filing on all registered CM/ECF users and electronic copies will be sent to those indicated as non-registered ECF participants on this 4th day of December, 2025.

Dated: December 4, 2025                                                         */s/ William J. Fidurko*
                                                                                                       William J. Fidurko