**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE AMITIZA ANTITRUST LITIGATION | |
| THIS DOCUMENT RELATES TO<br><br>*End Payor Action* | Master Docket No. 1:21-cv-11057-MJJ<br><br>EPP Case No. 1:23-cv-12918 |

### <u>JOINT NOTICE AND [PROPOSED] ORDER</u>

**WHEREAS,** EPPs served a Second Supplemental Report by Dr. Martin Kovach on April 23, 2026;

**WHEREAS**, that Second Supplemental Report includes estimates of what Dr. Kovach refers to as "enhanced" damages, including in Table 4, "State Overcharge Damages Estimates with Enhancements for But-For Scenarios 1, 2, and 3: Minimum and Maximum Amounts," which reflects double or trebled damages for certain states based on instructions from EPP counsel;

**WHEREAS,** to avoid further motion practice, the parties have met and conferred with respect to this matter;

The End Purchaser Plaintiffs stipulate that they will not present expert testimony from Dr. Kovach quantifying 'enhanced damages' estimates as set out in Table 4 of Kovach's Second Supplemental Report.  However, this stipulation does not preclude reference to or relation to Plaintiffs' Proposed Jury Instruction No. 51: "Damages—Other Findings and Enhancements" (ECF No. 696 P-51), and the corresponding questions (Nos. 5-7) in Plaintiffs' Proposed Jury Verdict Form, to the extent such instructions or verdict questions are adopted by the Court.

Respectfully submitted,

/s/ Uriel Rabinowitz
Peter D. St. Phillip (pro hac vice)
Uriel Rabinovitz (pro hac vice)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
PStPhillip@lowey.com
URabinovitz@lowey.com

Courtney Finerty-Stelzner (*pro hac vice*)
**GETNICK & GETNICK LLP**
Rockefeller Center
630 Fifth Avenue, 20th Floor
New York, NY 10111
Telephone: (212) 376-5666
cfinertystelzner@getnicklaw.com

*Counsel for Plaintiff Premera Blue Cross
and the Proposed End-Payor Class*

/s/ Joshua S. Barlow
Fred A. Kelly, Jr., BBO #544046
Joshua S. Barlow, BBO #667472
**ARNOLD & PORTER KAYE SCHOLER LLP**
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 351-8050
fred.kelly@arnoldporter.com
joshua.barlow@arnoldporter.com

Andre Geverola (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
70 West Madison Street
Suite 4200
Chicago, IL 60602-4231
Telephone: (312) 583-2430
andre.geverola@arnoldporter.com

Laura Shores (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave. NW
Washington DC 20001-3743
Telephone: (202) 942-5000
laura.shores@arnoldporter.com
Wallace Wu (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
wallace.wu@arnoldporter.com

Assad H. Rajani (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807
Telephone: (650) 319-4529
assad.rajani@arnoldporter.com

Ada Añon (*pro hac vice*)
Michael Sapiro (*pro hac vice*)
Matthew Wilk (*pro hac vice*)
Sam Sullivan (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
sam.sullivan@arnoldporter.com

Michael F. Brockmeyer (*pro hac vice*)
**HAUG PARTNERS LLP**
1717 K Street NW, Ste. 900
Washington, DC 20006
Telephone: (202) 292-1530
mbrockmeyer@haugpartners.com

Ralph E. Labaton (*pro hac vice*)
**HAUG PARTNERS LLP**
745 Fifth Avenue, l0th Floor
New York, NY 10004
Telephone: (212)-588-0800
rlabaton@haugpartners.com
avakharia@haugpartners.com

*Counsel for Defendants*

**SO ORDERED**

Dated: _____          _____

Hon. Myong J. Joun
United States District Judge