**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE AMITIZA ANTITRUST LITIGATION | Master Docket No. 1:21-cv-11057-MJJ |
| THIS DOCUMENT RELATES TO<br><br>*All Actions* | |

### PURCHASERS' NOTICE REGARDING TAKEDA'S REVISED VERDICT FORM

The purchasers object to Takeda's revised proposed verdict form and stand on their position stated in Court today. Class Purchasers contend that questions 5 and 10 should be removed from the Court's draft verdict form. Retailer Plaintiffs contend that in addition to deleting question 10, questions 2-8 should be deleted and replaced with:

Did Takeda agree to a large and unjustified payment in the September 2014 agreement that violated the rule of reason as I have instructed you on that issue?

Class Purchasers take no position on Retailer Plaintiffs' request.

The issues raised by Takeda's revision are numerous, myriad and problematic. It is disturbing that Takeda would take the position that it is appropriate to undertake a major rewrite of the verdict slip after having a full argument this morning and while the parties are working on their closing statements.

Dated: May 13, 2026

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Thomas M. Sobol*
Thomas M. Sobol (BBO #471770)
Erin C. Burns (*pro hac vice*)

Kristen A. Johnson (BBO #667261)
Jessica R. MacAuley (BBO #685983)
Rebekah Glickman-Simon (BBO #708043)
Daniel Polonsky (BBO #709609)
1 Faneuil Hall Square
Boston, MA 02109
Tel: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
erinb@hbsslaw.com
kristenj@hbsslaw.com
jessicam@hbsslaw.com
rebekahgs@hbsslaw.com
danielp@hbsslaw.com

*Counsel for the Direct Purchaser Class*

Michael L. Roberts (*pro hac vice*)
Stephanie E. Smith (*pro hac vice*)
Kelly Rinehart (*pro hac vice*)
Joshua Zuckerman (*pro hac vice*)
Rita Y. Wang (*pro hac vice*)
**ROBERTS LAW FIRM US, PC**
1920 McKinney Ave., Suite 700
Dallas, TX 75201
Tel: (501) 821-5575
mikeroberts@robertslawfirm.us
stephaniesmith@robertslawfirm.us
kellyrinehart@robertslawfirm.us
joshzuckerman@robertslawfirm.us
ritawang@robertslawfirm.us

*Counsel for KPH Healthcare Services, Inc.,
a/k/a. Kinney Drugs, Inc. and the Direct
Purchaser Class*

John D. Radice (*pro hac vice*)
April Lambert (*pro hac vice*)
Charles Kopel (*pro hac vice*)
Luke Smith (*pro hac vice*)
Clark Craddock (*pro hac vice*)
Kenneth Pickle (*pro hac vice*)
**RADICE LAW FIRM, P.C.**
475 Wall St.
Princeton, NJ 08540
Tel: (646) 245-8502
Fax: (609) 385-0745

jradice@radicelawfirm.com
alambert@radicelawfirm.com
ckopel@radicelawfirm.com
lsmith@radicelawfirm.com
ccraddock@radicelawfirm.com
kpickle@radicelawfirm.com

*Counsel for the Direct Purchaser Class*


/s/ Scott J. Tucker
Scott J. Tucker (BBO #503940)
William J. Fidurko (BBO #567064)
**TUCKER, DYER & O'CONNELL, LLP**
199 Wells Avenue
Newton, MA 02459
(617) 986-6226

/s/ Peter D. St. Phillip
Peter D. St. Phillip (*pro hac vice*)
Uriel Rabinovitz (*pro hac vice*)
Thomas Griffith (*pro hac vice*)
Renee Nolan (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
PStPhillip@lowey.com
URabinovitz@lowey.com
TGriffith@lowey.com
Rnolan@lowey.com

Courtney Finerty-Stelzner (*pro hac vice*)
**GETNICK & GETNICK LLP**
Rockefeller Center
630 Fifth Avenue, 20th Floor
New York, NY 10111
Telephone: (212) 376-5666
cfinertystelzner@getnicklaw.com

*Counsel for Plaintiff Premera Blue Cross and the
End-Payor Class*

/s/ Scott E. Perwin
Scott E. Perwin (*pro hac vice*)
Lauren C. Ravkind (*pro hac vice*)
Anna T. Neill (*pro hac vice*)

3

David Lesht (*pro hac vice*)
Jonathan Stratton (*pro hac vice*)
**SPERLING KENNY NACHWALTER, LLC**
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile:   (305) 372-1861
sep@sperlingkenny.com
lcr@sperlingkenny.com
aneill@sperlingkenny.com
dlesht@sperlingkenny.com
jstratton@sperlingkenny.com

*Counsel for Plaintiffs Walgreen Co., Albertsons Companies, Inc., H-E-B LP, and The Kroger Co.*

*/s/ Barry L. Refsin*
Barry L. Refsin (*pro hac vice*)
Eric L. Bloom (*pro hac vice*)
Cary Zhang (*pro hac vice* forthcoming)
**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone: (215) 568-6200
brefsin@hangley.com
ebloom@hangley.com
czhang@hangley.com

*Counsel for Plaintiff CVS Pharmacy, Inc.*

4

## CERTIFICATE OF SERVICE

I, Thomas M. Sobol, hereby certify that this document was electronically filed with the Clerk of the Court for the District of Massachusetts by using the CM/ECF System, which will send notification of such filing to all registered CM/ECF users.

Dated:  May 13, 2026                        /s/ Thomas M. Sobol
                                            Thomas M. Sobol