UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
| --- | --- |
| IN RE AMITIZA ANTITRUST LITIGATION | Master Docket No. 1:21-cv-11057-MJJ |
| THIS DOCUMENT RELATES TO<br><br>*All Actions* | |

**RETAILER PLAINTIFFS' OBJECTIONS TO THE COURT'S FINAL VERDICT FORM**

Retailer Plaintiffs object to the inclusion of Questions 3-6 of the Final Verdict Form circulated by the Court via email on May 15, 2026. As stated in Retailer Plaintiffs' oral objection on the record on May 15, 2026, the inclusion of these Questions is objectionable because they are subsumed within Question 2 and therefore create the potential for an inconsistent verdict.

Dated: May 15, 2026

Respectfully submitted,

**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**

<u>/s/ Barry L. Refsin</u>
Barry L. Refsin (*pro hac vice*)
Eric L. Bloom (*pro hac vice*)
Alexander J. Egerváry *(pro hac vice)*
Cary Zhang (*pro hac vice*)
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone: (215) 568-6200
brefsin@hangley.com
ebloom@hangley.com
czhang@hangley.com

*Counsel for Plaintiff CVS Pharmacy, Inc.*

- 2 -

/s/ Scott E. Perwin
Scott E. Perwin (*pro hac vice*)
Lauren C. Ravkind (*pro hac vice*)
Anna T. Neill (*pro hac vice*)
David Lesht (*pro hac vice*)
Jonathan Stratton (*pro hac vice*)
**SPERLING KENNY NACHWALTER, LLC**
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
sep@sperlingkenny.com
lcr@sperlingkenny.com
aneill@sperlingkenny.com
dlesht@sperlingkenny.com
jstratton@sperlingkenny.com

*Counsel for Plaintiffs Walgreen Co., Albertsons Companies, Inc., H-E-B LP, and The Kroger Co.*

**<u>CERTIFICATE OF SERVICE</u>**

I, Barry L. Refsin, hereby certify that this document was electronically filed with the

Clerk of the Court for the District of Massachusetts by using the CM/ECF System, which will

send notification of such filing to all registered CM/ECF users.


Dated: May 15, 2026                                      */s/ Barry L. Refsin*
                                                         Barry L. Refsin